IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**UNITED STATES OF AMERICA** **PLAINTIFF**

**v.** **No. 4:23-cr-269-DPM**

**KEVIN WAYNE PROVENCIO** **DEFENDANT**

# ORDER

For the reasons stated at the 26 October 2026 competency hearing, the Court concludes that Provencio is not currently competent to stand trial or capable of assisting properly in his defense. He must undergo treatment pursuant to 18 U.S.C. § 4241(d) to restore him to competency. The Court commits Provencio to the custody of the United States Marshals Service to await designation to a facility where that treatment will take place. The Court directs the Marshal to notify the Court immediately when the facility is designated.

So Ordered.

D.P. Marshall Jr.
United States District Judge

28 October 2026