**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**UNITED STATES OF AMERICA** **PLAINTIFF**

**v.** **No. 4:23-cr-269-DPM**

**KEVIN WAYNE PROVENCIO** **DEFENDANT**

**ORDER**

On 26 October 2026, the Court committed Provencio for treatment pursuant to 18 U.S.C. § 4241(d). *Doc. 73–75*. The Court has now received the facility designation where Provencio's treatment will take place. The Court directs the United States Marshals Service to immediately transport Provencio to FMC Butner.

Pursuant to 18 U.S.C. § 4241(d)(1), Provencio is committed to the custody of the Attorney General, or his authorized representative, for a reasonable period not to exceed four months for further treatment in a suitable facility. The treating facility should determine whether there is a substantial probability that Provencio can be restored to competency in the foreseeable future. If it appears he can be, then treatment toward that end should begin within the four-month period, too.

Based on 18 U.S.C. § 4247(c), the facility conducting the examination will file a report with this Court. The report should detail whether Provencio's mental condition has improved so that this case

may proceed and, if not, whether Provencio can be restored in the foreseeable future. The report should be filed within three months from when Provencio arrives at FMC Butner.

When Provencio's treatment is completed, or upon further order of the Court, the Marshals must immediately transport him back to the Eastern District of Arkansas. Provencio must then appear at a hearing to determine whether his competency has been—or can be—restored.

So Ordered.

D.P. Marshall Jr.
United States District Judge

9 November 2026